UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-MJ-1114-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ZACHERIA BRESSERT | ) | |

This matter comes now before this Court on motion of the United States, by and through the United States Attorney, to dismiss the outstanding warrant and reset this matter for hearing.

For good cause shown, the court hereby GRANTS the government's motion, and ORDERS that the clerk recall the warrant for arrest in the above-captioned case. The above-captioned case is continued to the this Court's __April 13_____, 2011 term.

So ORDERED, this __16th__ day of March, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge